NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

ATTORNEY(S) FOR: Plaintiff, MICHAEL DOTSON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DOTSON, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GREAT AUSTRALIAN WINE COMPANY, INC; DOES 1-10 Inclusive,

Defendant(s)

CASE NUMBER:

2:22-cv-3393

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   MICHAEL DOTSON
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MICHAEL DOTSON | PLAINTIFF |
| GREAT AUSTRALIAN WINE COMPANY, INC | DEFENDANT |

May 19, 2022
Date

s/Todd M. Friedman
Signature

Attorney of record for (or name of party appearing in pro per):

MICHAEL DOTSON